# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

September 18, 2001

**Before**

Hon. WILLIAM J. BAUER, *Circuit Judge*

Hon. KENNETH F. RIPPLE, *Circuit Judge*

Hon. TERENCE T. EVANS, *Circuit Judge*

Nos. 00-1523, 00-2679

UNITED STATES OF AMERICA,
           *Plaintiff-Appellee*,

   *v.*

BALDEV R. BHUTANI and ALRA
LABORATORIES, INCORPORATED,
           *Defendants-Appellants.*

Appeal from the United States District
Court for the Northern District
of Illinois, Eastern Division.

No. 93 CR 585

John F. Grady, *Judge.*

**O R D E R**

The opinion of this court dated September 12, 2001 is hereby corrected. On page 11, seven lines from the bottom of the page, the word "effective" should be "ineffective".